# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 14, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

128715

JOHN R. JACOBS,
          Plaintiff-Appellee,

v

TECHNIDISC, INC., and PRODUCER'S
COLOR SERVICES, INC.,
          Defendants-Appellees,
and

MICHIGAN MUTUAL INSURANCE
COMPANY n/k/a AMERISURE MUTUAL
INSURANCE COMPANY,
          Intervenor-Appellant.

_____

SC: 128715
COA: 258271
Oakland CC:  91-405664-NO

       On order of the Chief Justice, it appearing that the argument and submission of Van Til v Environmental Resources Management, No. 128283 has been adjourned, the Clerk is directed to reschedule the argument and submission of this case to the May, 2006 Session.



       I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 14, 2006

_____
Clerk